

Debra A. Clifford
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4843
Fax: (973) 639-6498
dclifford@gibbonslaw.com

# ORDER

December 22, 2020

**VIA E-COURTS**

Honorable Claire C. Cecchi, U.S.M.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut St., P.O. Box 999
Newark, New Jersey 07101

    Re:   Robert Fischer MD v. Qualcare, Inc.
            Civil Action No. 20-12406 (CCC)(ESK)

Dear Judge Cecchi:

    This firm represents Defendant Qualcare, Inc. ("Qualcare") in the above-referenced action. We write with respect to Plaintiff's Motion to Enter Default Judgment filed on December 9, 2020 ("Motion). Plaintiff's counsel Michael Gottlieb, Esq., counsel for Plaintiff, has agreed to withdraw the Motion and vacate the default. In turn, Defendants has agreed to waive service and file an Answer within forty-five days of this filing.

    Please do not hesitate to have the Court's staff contact me with any questions or concerns, or if we can be of any service to the Court whatsoever.

                              Respectfully submitted,

                              *s/ Debra A. Clifford*

                              Debra A. Clifford

**The highlighted requests above (ECF No. 7) are GRANTED. The Motion for Default Judgment (ECF No. 5) is deemed withdrawn. The October 21, 2020, Entry of Default against defendant (Docket Entry after ECF No. 4) is vacated. Service as to defendant is waived. Defendant's Answer must be filed by February 5, 2021. It is SO ORDERED.**

*[signature]*

**Edward S. Kiel, U.S.M.J.**
**Date: December 23, 2020**

